UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE FEB 17 PM 4:16
AT 800 Market St Knoxville TN 37902
US DISTRICT COURT
EASTERN DIST. TENN.

FILED

~~Rusty Jeffrey Burnette~~ )

Rusty Jeffrey Burnette )

_____ )

(Enter above the NAME of the )
plaintiff in this action.)

v. )

~~Rusty Jeffrey Burnette~~ )

T.B.I. )

_____ )

(Enter above the NAME of each )
defendant in this action.)

3:26-mc-13
Varlan/McCook

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

1

Case 3:26-cv-00144-TAV-JEM    Document 1    Filed 02/17/26    Page 1 of 5    PageID #: 1

2. COURT: (If federal court, name the district; if state court, name the county):

_____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _Blount County Jail_____

A. Is there a prisoner grievance procedure in this institution?  YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( )  NO (✓)

C. If your answer is YES,

1. What steps did you take? _I took no steps_____

_____

2. What was the result? _____

_____

D. If your answer to B is NO, explain why not. _Because IM trying to get off the Sex offender list IV Done my Ten years now_

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities?  YES ( )  NO (✓)

F. If your answer is YES,

1. What steps did you take? _____

_____

2

Case 3:26-cv-00144-TAV-JEM     Document 1     Filed 02/17/26     Page 2 of 5     PageID #: 2

2. What was the result? _____

_____

## III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Rusty Burnette

Present address: 920 east lamar Alexander park way 37804

Permanent home address: 2972 Alcoa highway 37701

Address of nearest relative: _____

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: T.B.I.

Official position: T.B.I.

Place of employment: T.B.I.

C. Additional defendants: _____

_____

_____

_____

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

_____

_____

3

On 9-22-15 the TBI placed me on the sex offenders list for 10 years and I have not Been removed yot

Case 3:26-cv-00144-TAV-JEM    Document 1    Filed 02/17/26    Page 4 of 5    PageID #: 4

V. **RELIEF**

(State BRIEFLY exactly what you want this Court to do for you.  Make NO legal arguments.

Cite NO cases or statutes.)

I would lik to be removed from the Tennessee sex offenders list please

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ___Rusty Burnette___ day of ___2-9-25___, 20____.

___Rusty Burnette___
Signature of plaintiff(s)

5