UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| RUSTY J. BURNETTE,<br><br>Plaintiff,<br><br>v.<br><br>TENNESSEE BUREAU OF INVESTIGATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.: 3:26-CV-144-TAV-JEM |

**ORDER**

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Jill E. McCook on October 13, 2026 [Doc. 11]. In the R&R, Judge McCook granted plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [*see* Doc. 4] but given his status as an inmate in the Blount County Jail, assessed him the civil filing fee of $350.00 [Doc. 11, pp. 1–2, 7]. After screening the amended complaint, Judge McCook recommended that the Court dismiss plaintiff's amended complaint for failing to state a claim upon which relief can be granted [*Id.* at 5–8; *see* Doc. 10]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After a careful review of the matter, the Court agrees with the magistrate judge's recommendation. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R in whole [Doc. 11]. Accordingly, it is hereby **ORDERED** that plaintiff's case is **DISMISSED**,

and the Clerk of Court is **DIRECTED** to **CLOSE** this case. A separate judgment order will follow.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE